USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARK AYOTTE, KEN MAUER, and JASON PHILLIPS,

                     Plaintiffs,

      - against -

THE NATIONAL BASKETBALL ASSOCIATION and NBA SERVICES CORP.,

                     Defendants.
-------------------------------------------------------------X

22-CV-9666 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As discussed at the pre-motion conference held via Teams on May 23, 2023, Plaintiffs' motion for leave to file a motion for partial summary judgment at this juncture is denied without prejudice to making a summary judgment at a more appropriate juncture.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 23, 2023
      New York, New York

Copies transmitted this date to all counsel of record.

1