```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARK AYOTTE, KEN MAUER, and JASON
PHILLIPS,

                    Plaintiffs,

          - against -

THE NATIONAL BASKETBALL
ASSOCIATION and NBA SERVICES CORP.,

                    Defendants.
------------------------------------------------------------X

22-CV-9666 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    By July 26, 2023, Plaintiffs shall file a letter replying to Defendants' July 14, 2023 letter at Dkt. 59, particularly addressing the timeliness issue.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 21, 2023
       New York, New York

Copies transmitted this date to all counsel of record.