UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARK AYOTTE, KEN MAUER, and JASON PHILLIPS,

                       Plaintiffs,

          - against -

THE NATIONAL BASKETBALL
ASSOCIATION and NBA SERVICES CORP.,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023

22-CV-9666 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Plaintiffs' letter motion at Dkt. 75 to quash the subpoena served by Defendants for the deposition of Carol Ayotte. The Court agrees with Defendants that quashing the subpoena in its entirety is unwarranted and that a limited deposition of Ms. Ayotte may go forward. The deposition shall be limited to 2.5 hours.

      The Clerk of Court is respectfully directed to terminate the motion at Dkt. 75.

                      SO ORDERED.

                      _____
                      ROBERT W. LEHRBURGER
                      UNITED STATES MAGISTRATE JUDGE

Dated: November 13, 2023
       New York, New York

Copies transmitted this date to all counsel of record.