UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARK AYOTTE, KEN MAUER, and JASON PHILLIPS,

           Plaintiffs,

-against-

THE NATIONAL BASKETBALL ASSOCIATION and NBA SERVICES CORP.

           Defendants.
------------------------------------------------------------X

22-CV-9666 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

    It is hereby ORDERED that the parties submit a joint letter by January 31, 2025, updating the Court on the status of the case, submitting a proposed schedule for any Rule 702 and summary judgment briefing, and addressing the status of the objections to Magistrate Judge Lehrburger's discovery rulings described in Section IV of the parties' July 18, 2024 letter, (Doc. 135).

    It is further ORDERED that the parties shall appear telephonically for a status conference on February 19, 2025 at 2:00 pm.  The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.

SO ORDERED.

Dated:    January 22, 2025
           New York, New York

                                            Vernon S. Broderick
                                            United States District Judge