

February 11, 2025

Elise M. Bloom
Partner
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

<u>By ECF</u>

Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

    Re:  <u>Phillips, et al. v. NBA, et al.</u>, Civil. Action No. 22-cv-09666 (VSB)

Dear Judge Broderick:

We represent Defendants National Basketball Association and NBA Services Corp. ("Defendants") and write regarding the telephonic status conference scheduled for February 19, 2025.

Due to a conflict as a result of a court-ordered deposition in another matter, Defendants respectfully request that the conference be adjourned for two hours from February 19, 2025 at 2 p.m. to February 19, 2025 at 4 p.m. or 4:30 p.m.

Plaintiffs consent to this request. This is the first request for an adjournment of the February 19 conference.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:    All Counsel of Record (by ECF)

The post-discovery conference currently scheduled for February 19, 2025 at 2:00 pm is hereby adjourned to February 19, 2025 at 4:00 pm.

Dated: February 11, 2025

**SO ORDERED:**

*[signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE