```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MARK AYOTTE, KEN MAUER, and JASON                          :
PHILLIPS,                                                  :
                                                           :
                           Plaintiffs,                     :      22-CV-9666 (VSB)
                                                           :
              -against-                                    :            **ORDER**
                                                           :
THE NATIONAL BASKETBALL                                    :
ASSOCIATION and NBA SERVICES CORP.                         :
                                                           :
                           Defendants.                     :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On February 19, 2024, I held a telephonic conference with the parties in the above-captioned case. For the reasons stated on the record at the conference, I hereby OVERRULE Plaintiffs' objections, (Doc. 94), to Magistrate Judge Lehrburger's discovery order denying Plaintiffs' motion to quash Carol Ayotte's deposition subpoena, (Doc. 84). I OVERRULE Plaintiffs' objections, (Doc. 112), to Magistrate Judge Lehrburger's discovery order denying Plaintiffs' request for two hours of additional time to depose Bryon Spruell and Neal Stern, (Doc. 110). I OVERRULE Plaintiffs' objections, (Doc. 127), to Magistrate Judge Lehrburger's discovery order denying Plaintiffs' request for leave to conduct an additional deposition of David Weiss, (Doc. 125).

      In accordance with my remarks at the conference, I hereby adopt the briefing schedule jointly proposed by the parties. (Doc. 148, Ex. A.) Therefore, opening summary judgment and *Daubert* briefs will be due April 11, 2025, opposition briefs will be due May 16, 2025, and replies will be due June 13, 2025.

2

      The parties are directed to confer regarding any proposed extension to the word count limit set by Local Civil Rule 7.1 for the above-mentioned briefs. The parties are further directed to submit a joint letter outlining their joint proposal, or separate positions if the parties cannot reach agreement, regarding word count by February 26, 2025.

SO ORDERED.

Dated:    February 20, 2025
             New York, New York

                                              Vernon S. Broderick
                                              United States District Judge