UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                              :
MARK AYOTTE, KEN MAUER, *and* JASON :
PHILLIPS,                                     :
                                                              :
                                   Plaintiffs,     :               22-CV-9666 (VSB)
                                                              :
                           -against-                    :                   **ORDER**
                                                              :
THE NATIONAL BASKETBALL                :
ASSOCIATION *and* NBA SERVICES CORP. :
                                                              :
                                   Defendants.   : 
----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On June 6, 2025, I held a telephonic conference with the parties in the above-captioned case. In accordance with my remarks during the conference, the parties are directed to meet and confer regarding the excerpts of the deposition transcripts relied upon in connection with summary judgment briefing and determine what excerpts should be redacted. The parties are further directed to submit the identified redacted and unredacted excerpts to the Court by July 9, 2025.

SO ORDERED.

Dated:    June 6, 2025
             New York, New York                      Vernon S. Broderick
                                                                     United States District Judge