UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARK AYOTTE, KEN MAUER, and JASON                :
PHILLIPS,                                        :
                                                 :
                                                 :        22-CV-9666 (VSB) (RWL)
                            Plaintiffs,           :
                                                 :
          - against -                            :        **ORDER**
                                                 :
THE NATIONAL BASKETBALL                          :
ASSOCIATION and NBA SERVICES CORP.,              :
                                                 :
                            Defendants.          :
                                                 :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held via Microsoft Teams on August 29, 2025, and further to the Court's order dated August 29, 2025, the Court finds that the interest in public access to the Collective Bargaining Agreement ("CBA") is outweighed by interests in privacy of non-parties to the CBA. As counsel noted, the CBA is not cited for any of the content it contains but rather only for the negative proposition, which the parties do not dispute, that it does not contain certain content. Accordingly, the CBA may remain under seal in its entirety.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2025
           New York, New York

Copies transmitted this date to all counsel of record.

1