UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK AYOTTE, KEN MAUER, and JASON PHILLIPS,

Plaintiffs,

v.

THE NATIONAL BASKETBALL ASSOCIATION and NBA SERVICES CORP.,

Defendants.

Case No. 1:22-cv-09666-VSB-RWL

**ORDER FOR ADMISSION**
**PRO HAC VICE**

Granted.

SO ORDERED:

8/31/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Upon the motion of Matthew C. Moench, Esq., attorney for Ken Mauer, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

Scott James Street, Esq.
JW Howard Attorneys, LTD.
201 South Lake Avenue, Suite 303
Pasadena, California 91101

is admitted to practice *pro hac vice* as counsel for Plaintiff Ken Mauer in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.